Toy T. Roberts et al., Appellants, *v.* Peter Larsen et al.,
Respondents.

Submitted November 17, 1941; decided November 27, 1941.

*Seymour Kempner* for motion.

No one opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the Constitution.